B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re

SHERIKA SHANTA JONES

Case No. 22-00523

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Velocity Investments, LLC by AIS InfoSource, LP as Agent | Goldman Sachs Bank, USA |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**

Velocity Investments, LLC by AIS InfoSource, LP as Agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Phone: (877) 893-8820
Last Four Digits of Acct #:  9194

Court Claim # (if known): 6
Amount of Claim: $1,310.35
Date Claim Filed: 04/01/2022

Phone:
Last Four Digits of Acct #: 9194

**Name and Address where transferee payments should be sent (if different from above):**

Velocity Investments, LLC
PO Box 4457
Houston TX 77210
Phone: (877) 893-8820
Last Four Digits of Acct #:  9194

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Samir Vaghela
    Transferee/Transferee's Agent

Date: 06/26/2025

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.