**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13:**

**SHERIKA SHANTA JONES** **CASE NO. 22-00523-JAW**

**CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the **RELEASE OF WAGES ORDER** (Dkt. #37) to the following, by first-class U.S. Mail:

**Employer:**

LINDSEY MANAGEMENT
ATTN: PAYROLL
P.O. BOX 13000
FAYETVILLE, AR 72703

DATED: October 23, 2026

/s/*Torri Parker Martin*
Standing Chapter 13 Bankruptcy Trustee