**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Sherika Shanta Jones, Debtor** **Case No. 22-00523-JAW**
**Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Sherika Shanta Jones______________ 10-26-2026___
Sherika Shanta Jones Date

/s/ Thomas C. Rollins, Jr.______________ 10-26-2026___
Thomas C. Rollins, Jr., MS Bar No. 103469 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On October 26, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr.__________
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
Sherika Shanta Jones

CASE NO: 22-00523

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/26/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Sherika Shanta Jones

CASE NO: 22-00523

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/26/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/26/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

SHERIKA SHANTA JONES
P.O. BOX 12892
JACKSON, MS 39236

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC LOCKBOX 6112
P.O. BOX 13767
JACKSON, MS 39236

APPLE CREDIT CARD
P.O. BOX 7247
PHILADELPHIA, PA 19170

BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON, DE 19899

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CITIBANK
PO BOX 6217
SIOUX FALLS, SD 57117

FIRST NATIONAL BANK
P.O. BOX 3412
OMAHA, NE 68197

FOX COLLECTION CENTER
POB 528
GOODLETTSVILLE, TN 37070

GOLDMAN SACH'S
P.O. BOX 45400
SALT LAKE CIT, UT 84145

GREAT LAKES
PO BOX 7860
MADISON, WI 53707-7860

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 WASHINGTON, DC 20530
-0001

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JACKSON ANESTHESIA
PO BOX 2398
JACKSON, MS 39225

MEA MEDICAL CLINIC
5606 OLD CANTON RD
JACKSON, MS 39211

NAVY FCU
820 FOLLIN LANE SE
VIENNA, VA 22180

NAVY FCU
1 SECURITY PLACE
MERRIFIELD, VA 22116

PEAR ORCHARD APARTMENT
LEASING OFFICE
580 S PEAR ORCHARD
RIDGELAND, MS 39157

REGIONS BANKCARD
2050 PARKWAY OFFICE CI
BIRMINGHAM, AL 35244

TRANSWORLD SYSTEM INC
PO BOX 15095
WILMINGTON, DE 19850

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE NW
**WASHINGTON, DC 20530**