United States Bankruptcy Court
Southern District of Mississippi

In re:
Sherika Shanta Jones
Debtor

Case No. 22-00523-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 3
Date Rcvd: Nov 20, 2026 | Form ID: 3180W | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherika Shanta Jones, P.O. Box 12892, Jackson, MS 39236-2892 |
| 5086842 | + | Jackson Anesthesia, PO Box 2398, Jackson, MS 39225-2398 |
| 5086843 | + | MEA Medical Clinic, 5606 Old Canton Rd, Jackson, MS 39211-4299 |
| 5086846 | + | Pear Orchard Apartment, Leasing Office, 580 S Pear Orchard, Ridgeland, MS 39157-4200 |
| 5086848 | + | Transworld System Inc, Po Box 15095, Wilmington, DE 19850-5095 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: JEFFERSONCAP.COM | Nov 21 2026 00:16:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5086831 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 20 2026 19:18:00 | Apple Credit Card, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 5086832 | + | EDI: TSYS2 | Nov 21 2026 00:16:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 5086833 | + | EDI: CAPITALONE.COM | Nov 21 2026 00:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5086834 | + | EDI: CITICORP | Nov 21 2026 00:16:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5086840 | | EDI: IRS.COM | Nov 21 2026 00:16:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5094491 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 20 2026 19:18:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 5086835 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 20 2026 19:18:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 5086836 | + | Email/Text: bk@foxcollection.com | Nov 20 2026 19:18:00 | Fox Collection Center, Pob 528, Goodlettsville, TN 37070-0528 |
| 5086837 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 20 2026 19:18:00 | Goldman Sach's, P.O. Box 45400, Salt Lake Cit, UT 84145-0400 |
| 5092431 | + | EDI: AIS.COM | Nov 21 2026 00:16:00 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5086838 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2026 19:18:00 | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 5086839 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 20 2026 19:18:00 | Gs Bank Usa, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 5086841 | + | Email/Text: ebone.woods@usdoj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2026 19:18:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5105137 | | EDI: JEFFERSONCAP.COM | Nov 21 2026 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5104311 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2026 19:21:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5086844 | + | EDI: NFCU.COM | Nov 21 2026 00:16:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 5086845 | | EDI: NFCU.COM | Nov 21 2026 00:16:00 | Navy FCU, 1 Security Place, Merrifield, VA 22116 |
| 5088227 | + | EDI: NFCU.COM | Nov 21 2026 00:16:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5104387 | | EDI: PRA.COM | Nov 21 2026 00:16:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5088194 | | Email/Text: newbk@Regions.com | Nov 20 2026 19:18:00 | Regions Bank, P. O. Box 10063, Birmingham, AL 35202-0063 |
| 5086847 | + | Email/Text: newbk@Regions.com | Nov 20 2026 19:18:00 | Regions Bankcard, 2050 Parkway Office Ci, Birmingham, AL 35244-1805 |
| 5086848 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 20 2026 19:18:00 | Transworld System Inc, Po Box 15095, Wilmington, DE 19850-5095 |
| 5086849 | ^ | MEBN | Nov 20 2026 19:13:38 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5089087 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2026 19:18:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 5252509 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2026 19:18:00 | United States Department of Education, Nelnet, 121 S 13th Street, Lincoln, NE 68508-1922 |
| 5526331 | + | EDI: AIS.COM | Nov 21 2026 00:16:00 | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Velocity Investments, LLC by AIS InfoSource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5088251 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jennifer A Curry Calvillo | on behalf of Debtor Sherika Shanta Jones jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sherika Shanta Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Sherika Shanta Jones** | Social Security number or ITIN | **xxx–xx–5264** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **22–00523–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Sherika Shanta Jones**

Dated: 11/20/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**